IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

XIANG FU YUAN,

     Petitioner,

v.                                          No. 1:26-cv-00588-KG-JMR

MARY DE ANDA-YBARRA, et al.,

     Respondents.

ORDER TO SHOW CAUSE

Petitioner Xiang Fu Yuan filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on January 26, 2026.  Doc. 1.  On February 26, 2026, the Court granted the petition, ordering Respondents to file a status report within ten days confirming that they released Petitioner, subject to reasonable conditions of supervision.  Doc. 8 at 4.  That deadline has passed, and Respondents have not filed a status report.  The Court therefore orders Respondents to show cause, within three days of this Order, why they have not complied with the Court's prior order and to confirm whether Petitioner has been released from detention.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.